1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.  08 CV 00525 H LSP**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT 4ACCESS COMMUNICATIONS COMPANY TO FILE RESPONSE TO COMPLAINT** |

1   This matter comes before the Court pursuant to a joint motion by the parties to extend the time for defendant 4ACCESS COMMUNICATIONS COMPANY (hereinafter "4Access") to respond to the Complaint filed by plaintiff VAL POPESCU (hereinafter "Plaintiff") in this matter. The Court, having considered the joint motion and the files and records in this matter, and good cause appearing, hereby grants the parties' joint motion and extends 4Access's time to respond to the Complaint as follows:

   1.  4Access shall have a twenty (20) day extension of time to respond to the Complaint, or if Plaintiff files and amended complaint before April 16, 2008, 4Access will have the applicable period proscribed by the Federal Rules of Civil Procedure to respond to that amended complaint.

**IT IS SO ORDERED.**

DATE: March 27, 2008          BY: _____
                              THE HONORABLE MARILYN L. HUFF