Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088

Attorneys for Plaintiff
VAL POPESCU

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, Inclusive<br><br>    Defendants. | Case No. 08 CV 525 JM (RBB)<br><br>**DEAMAND FOR JURY TRIAL BY PLAINTIFF VAL POPESCU** |

1  Plaintiff Val Popescu hereby demands a trial by jury on his original complaint and his first
2  amended complaint in this matter.

3

4

5

6  DATED: April 8, 2008                    THE AFFINITY LAW GROUP APC

7                                          By:   /s/ *Gregory P. Goonan*
8                                                Gregory P. Goonan
                                                 Attorneys for Plaintiff
9                                                Val Popescu

**Certificate of Service**

1 | 
2 | The undersigned hereby certifies that on this 8th day of April 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

Douglas J. Rovens
Jeffrey S. Renzi
Squire Sanders & Dempsey LLP
555 South Flower Street, Suite 3100
Los Angeles, CA  90071-2300
Attorneys for Defendant 4Access Communications Company


                    */s/ Gregory P. Goonan*
                    Gregory P. Goonan

---

*DEMAND FOR JURY TRIAL BY PLAINTIFF VAL POPESCU*

- 3 -