Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088
E-mail: ggoonan@affinity-law.com

Attorneys for Plaintiff
VAL POPESCU

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, Inclusive<br><br>    Defendants. | Case No. 08 CV 525 JM (RBB)<br><br>**DECLARATION OF VAL POPESCU IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Hearing Date: May 30, 2008<br>Time: 1:30 p.m.<br>Court: 16 (Hon. Jeffrey T. Miller)<br><br>**ORAL ARGUMENT REQUESTED** |

I, Val Popescu, state as follows for my declaration:

1. I am the plaintiff in this action. I offer this declaration in support of my opposition to the motion by 4Access Communications Company ("4Access") to dismiss my first amended complaint for improper venue. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

---

*POPESCU DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

- 1 -

2. I resided in San Diego County at all times relevant to the matters addressed by my first amended complaint.

3. Defendant 4Access maintained a business office and did business in San Diego County at all times relevant to the matters addressed by my first amended complaint.

4. 4Access terminated my employment on January 10, 2007. All services I performed for 4Access were performed at 4Access' San Diego office, and I was working in 4Access' San Diego office on the date of my termination.

5. By my first amended complaint, I have asserted claims for wages that 4Access owes me and failed to pay me for work performed from March 1, 2004 through the date of my termination on January 10, 2007. The amount of wages that 4Access was obligated to pay me for such period is established by a letter agreement between me and 4Access dated February 24, 2002. A true and correct copy of such February 24, 2002 letter is submitted as Exhibit 1 to this declaration.

6. By my first amended complaint, I also have asserted a claim against 4Access because it has failed to issue me stock pursuant to vested stock options that 4Access granted to me. True and correct copies of such stock options are submitted as Exhibit 2 to this declaration.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2008 at San Diego, CA.

_____
Val Popescu

2. I resided in San Diego County at all times relevant to the matters addressed by my first amended complaint.

3. Defendant 4Access maintained a business office and did business in San Diego County at all times relevant to the matters addressed by my first amended complaint.

4. 4Access terminated my employment on January 10, 2007. All services I performed for 4Access were performed at 4Access' San Diego office, and I was working in 4Access' San Diego office on the date of my termination.

5. By my first amended complaint, I have asserted claims for wages that 4Access owes me and failed to pay me for work performed from March 1, 2004 through the date of my termination on January 10, 2007. The amount of wages that 4Access was obligated to pay me for such period is established by a letter agreement between me and 4Access dated February 24, 2002. A true and correct copy of such February 24, 2002 letter is submitted as Exhibit 1 to this declaration.

6. By my first amended complaint, I also have asserted a claim against 4Access because it has failed to issue me stock pursuant to vested stock options that 4Access granted to me. True and correct copies of such stock options are submitted as Exhibit 2 to this declaration.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2008 at San Diego, CA.

_____
Val Popescu

---

*POPESCU DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

**Certificate of Service**

The undersigned hereby certifies that on this 19th day of May 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

>Douglas J. Rovens
>Jeffrey S. Renzi
>Squire Sanders & Dempsey LLP
>555 South Flower Street, Suite 3100
>Los Angeles, CA  90071-2300
>Attorneys for Defendant 4Access Communications Company

>*/s/ Gregory P. Goonan*
>Gregory P. Goonan

---

*POPESCU DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

- 1 -