## 4ACCESS COMMUNICATIONS COMPANY
## STOCK OPTION GRANT NOTICE
### (2002 EQUITY INCENTIVE PLAN)

4Access Communications Company (the "Company"), pursuant to its 2002 Equity Incentive Plan (the "Plan"), hereby grants to Optionholder an option to purchase the number of shares of the Company's Class B Common Stock set forth below. This option is subject to all of the terms and conditions as set forth herein and in the Stock Option Agreement, the Plan and the Notice of Exercise, all of which are attached hereto and incorporated herein in their entirety.

Optionholder:                                    Val Popescu

Date of Grant:                                   July 21, 2004

Vesting Commencement Date:                       July 21, 2004

Number of Shares Subject to Option:              25,000

Exercise Price Per Share:                        $0.23

Expiration Date:                                 July 21, 2014

TYPE OF GRANT:            [X ] Incentive Stock Option    [ ] Nonstatutory Stock Option

EXERCISE SCHEDULE:        Same as Vesting Schedule

VESTING SCHEDULE:         1/4th of the shares vest one year after the Vesting Commencement Date. 1/48th of the shares vest monthly thereafter over the next three years.

PAYMENT:                  By one or a combination of the following items (described in the Stock Option Agreement):

> By cash or check
> Pursuant to a Regulation T Program if the Shares are publicly traded
> By delivery of already-owned shares if the Shares are publicly traded

ADDITIONAL TERMS/ACKNOWLEDGEMENTS: The undersigned Optionholder acknowledges receipt of, and understands and agrees to and is bound by, this Grant Notice, the Stock Option Agreement and the Plan. Optionholder further acknowledges that as of the Date of Grant, this Grant Notice, the Stock Option Agreement and the Plan set forth the entire understanding between Optionholder and the Company regarding the acquisition of stock in the Company and supersede all prior oral and written agreements on that subject with the exception of (i) options previously granted and delivered to Optionholder under the Plan, and (ii) the following agreements only:

OTHER AGREEMENTS:

_____

_____

This Grant Notice is null and void if not executed and returned to the Company by October 31, 2004.

4ACCESS COMMUNICATIONS
COMPANY

OPTIONHOLDER:

By:_____

    STEVEN D. DAVIS
    PRESIDENT

_____
Signature

Date:_____

Date:____9/17/04_____

ATTACHMENTS:    Stock Option Agreement, 2002 Equity Incentive Plan, Notice of Exercise

## 4ACCESS COMMUNICATIONS COMPANY
## STOCK OPTION GRANT NOTICE
### (2002 EQUITY INCENTIVE PLAN)

4Access Communications Company (the "Company"), pursuant to its 2002 Equity Incentive Plan (the "Plan"), hereby grants to Optionholder an option to purchase the number of shares of the Company's Common Stock set forth below. This option is subject to all of the terms and conditions as set forth herein and in the Stock Option Agreement, the Plan and the Notice of Exercise, all of which are attached hereto and incorporated herein in their entirety.

| | |
|---|---|
| Optionholder: | Val Popescu |
| Date of Grant: | June 30, 2006 |
| Vesting Commencement Date: | June 30, 2006 |
| Number of Shares Subject to Option: | 100,000 |
| Exercise Price Per Share: | $.13 |
| Expiration Date: | June 30, 2011 |

TYPE OF GRANT:           [X] Incentive Stock Option       [ ] Nonstatutory Stock Option

EXERCISE SCHEDULE:    [X] Same as Vesting Schedule   [ ] Early Exercise Permitted

VESTING SCHEDULE:     100% of the shares vest on the Vesting Commencement Date.

PAYMENT:                       By one or a combination of the following items (described in the Stock Option Agreement):

> By cash or check
> By delivery of already-owned shares if the Shares are publicly traded

ADDITIONAL TERMS/ACKNOWLEDGEMENTS: The undersigned Optionholder acknowledges receipt of, and understands and agrees to and is bound by, this Grant Notice, the Stock Option Agreement and the Plan. Optionholder further acknowledges that as of the Date of Grant, this Grant Notice, the Stock Option Agreement and the Plan set forth the entire understanding between Optionholder and the Company regarding the acquisition of stock in the Company and supersede all prior oral and written agreements on that subject with the exception of (i) options previously granted and delivered to Optionholder under the Plan, and (ii) the following agreements only ((i) and (ii) together, the "Acknowledged Agreements"):

OTHER AGREEMENTS:

None.

RELEASE:                    IN EXCHANGE FOR THE OPTIONS GRANTED
                            HEREUNDER, OPTIONHOLDER FOREVER GIVES
                            UP, WAIVES AND RELEASES ANY AND ALL
                            CLAIMS OF ANY AND EVERY KIND HE MAY HAVE
                            AS OF THE DATE OF THIS AGREEMENT WITH
                            REGARD TO CAPITAL STOCK OR OTHER
                            SECURITIES OF THE COMPANY OTHER THAN
                            PURSUANT TO THIS GRANT NOTICE AND THE
                            ACKNOWLEDGED AGREEMENTS.

This Grant Notice is null and void if not executed and returned to the Company by June 30, 2006.

4ACCESS COMMUNICATIONS
COMPANY                                    OPTIONHOLDER:

By: _____              _____
    STEVEN D. DAVIS                         Signature
    PRESIDENT

Date: _____              Date: 6-8 - 2006

ATTACHMENTS:    Stock Option Agreement, 2002 Equity Incentive Plan, Notice of
                Exercise

- 2 -

# 4ACCESS COMMUNICATIONS COMPANY
## STOCK OPTION GRANT NOTICE
### (2002 EQUITY INCENTIVE PLAN)

4Access Communications Company (the "Company"), pursuant to its 2002 Equity Incentive Plan (the "Plan"), hereby grants to Optionholder an option to purchase the number of shares of the Company's Class B Common Stock set forth below. This option is subject to all of the terms and conditions as set forth herein and in the Stock Option Agreement, the Plan and the Notice of Exercise, all of which are attached hereto and incorporated herein in their entirety.

| | |
|---|---|
| Optionholder: | Valeri Popescu |
| Date of Grant: | July 24, 2002 |
| Vesting Commencement Date: | March 1, 2002 |
| Number of Shares Subject to Option: | 20,000 |
| Exercise Price Per Share: | $.01 |
| Expiration Date: | July 23, 2012 |

TYPE OF GRANT:          [ x ] Incentive Stock Option        [ ] Nonstatutory Stock Option

EXERCISE SCHEDULE:   Same as Vesting Schedule

VESTING SCHEDULE:    1/4th of the shares vest one year after the Vesting Commencement Date. 1/48th of the shares vest monthly thereafter over the next three years.

PAYMENT:                   By one or a combination of the following items (described in the Stock Option Agreement):

> By cash or check
> Pursuant to a Regulation T Program if the Shares are publicly traded
> By delivery of already-owned shares if the Shares are publicly traded

ADDITIONAL TERMS/ACKNOWLEDGEMENTS: The undersigned Optionholder acknowledges receipt of, and understands and agrees to and is bound by, this Grant Notice, the Stock Option Agreement and the Plan. Optionholder further acknowledges that as of the Date of Grant, this Grant Notice, the Stock Option Agreement and the Plan set forth the entire understanding between Optionholder and the Company regarding the acquisition of stock in the Company and supersede all prior oral and written agreements on that subject with the exception of (i) options previously granted and delivered to Optionholder under the Plan, and (ii) the following agreements only:

OTHER AGREEMENTS:

_____

_____

This Grant Notice is null and void if not executed and returned to the Company by August 31, 2002.

4ACCESS COMMUNICATIONS COMPANY

OPTIONHOLDER:

By: _____

STEVEN D. DAVIS
PRESIDENT

_____
Signature

Date: 7/24/02

Date: 8/27/02

ATTACHMENTS:    Stock Option Agreement, 2002 Equity Incentive Plan, Notice of Exercise