Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088
E-mail: ggoonan@affinity-law.com

Attorneys for Plaintiff
VAL POPESCU

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>4ACCESS COMMUNICATIONS COMPANY, a Delaware corporation, and DOES 1 through 10, Inclusive<br><br>    Defendants. | Case No. 08 CV 525 JM (RBB)<br><br>**DECLARATION OF GREGORY P. GOONAN IN RESPONSE TO DEFENDANT'S OBJECTION TO DECLARATION OF VAL POPESCU AND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Hearing Date: May 30, 2008<br>Time: 1:30 p.m.<br>Court: 16 (Hon. Jeffrey T. Miller)<br><br>**ORAL ARGUMENT REQUESTED** |

I, Gregory P. Goonan, state as follows for my declaration:

1. I am a shareholder of The Affinity Law Group APC, attorneys of record for plaintiff in this action. I offer this declaration in response to the objection that defendant 4Access Communications Company ("4Access") has made to the May 16, 2008 declaration of Val Popescu, and in further support of Plaintiff's opposition to 4Access' motion to dismiss Plaintiff's

---
*GOONAN DECLARATION IN RESPONSE TO OBJECTION TO DECLARATION OF VAL POPESCU FILED IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

- 1 -

first amended complaint for improper venue. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Paragraph 5 of Mr. Popescu's May 16, 2008 declaration makes reference to the letter provided to him by 4Access in which the amount of salary that 4Access was supposed to pay Mr. Popescu is set forth. As the Court will see when it reviews 4Access' objection to Mr. Popescu's declaration as well as the document I electronically filed as Exhibit 1 along with Mr. Popescu's declaration, I inadvertently filed the wrong letter as Exhibit 1 to Mr. Popescu's declaration.

3. I would have expected that 4Access' lawyers might have contacted me and simply advised me of my error once they discovered it since they knew it was an error that was easy to correct. This is especially true given than 4Access' lawyers obviously have a copy of the employment letter that was supposed to be submitted as the correct Exhibit 1 to Mr. Popescu's declaration since they referred to it in 4Access' reply memorandum. But 4Access' lawyers did not choose such path – instead, they chose to waste time and effort by filing a formal objection and adding a fairly sarcastic footnote (footnote 1) to 4Access' reply memorandum.

4. In any event, I submit herewith as Exhibit 1 a true and correct copy of the letter referred to in paragraph 5 of Mr. Popescu's declaration. The letter submitted herewith as Exhibit 1 is the letter that should have been submitted as Exhibit 1 to Mr. Popescu's declaration.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2008 at San Diego, CA.

        */s/ Gregory P. Goonan*
        Gregory P. Goonan

*GOONAN DECLARATION IN RESPONSE TO OBJECTION TO DECLARATION OF VAL POPESCU FILED IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

**Certificate of Service**

The undersigned hereby certifies that on this 28th day of May 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

> Douglas J. Rovens
> Jeffrey S. Renzi
> Squire Sanders & Dempsey LLP
> 555 South Flower Street, Suite 3100
> Los Angeles, CA  90071-2300
> Attorneys for Defendant 4Access Communications Company

*/s/ Gregory P. Goonan*
Gregory P. Goonan

---

*GOONAN DECLARATION IN RESPONSE TO OBJECTION TO DECLARATION OF VAL POPESCU FILED IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE*

- 3 -