
**4ACCESS**
COMMUNICATIONS

Steven D. Davis
President and CEO

*Copy*

February 24, 2002

Mr. Val Popescu
8680 Miralani Drive
San Diego, California

Re: Offer of Employment

Dear Mr. Popescu,

It is our pleasure to offer you the position of Chief Technology Officer with 4Access Communications. The base salary for this position will be $175,000 per year. However, the initial salary will begin at a rate of $120,000 per year. The company will then increase the salary to the full level once adequate cash flow is present. It is anticipated that this will occur within 6-8 months.

In addition to the base salary, as an employee you will be entitled to performance based bonuses and bonuses based on company performance. These bonuses will be determined by the Chief Executive Officer.

In addition to participation in the company stock option plan, 4Access will issue you a separate allotment of stock. The amount of the issuance will be determined in the near future. This allotment of stock is being offered to show the company's appreciation for your hard work and dedication up to this point. This offering is unique to you and shall be held in strict confidence.

You will also have the option to participate in the company benefits plan and 401k program. These programs will be made available to you at the beginning of the employment period, which shall be March 4th.

In addition to this offer letter, you will receive an employment contract and other documents once this offer has been signed and accepted.

If this letter is acceptable, please sign below. I look forward to working with you to build 4Access into a successful company.

Sincerely,

Steven Davis
President & CEO


I, Val Popescu, accept this offer of employment on this 25 day of February 2002.

Val Popescu

CHICAGO • SAN DIEGO