# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL POPESCU,<br><br>                              Plaintiff,<br>vs.<br>4ACCESS COMMUNICATIONS COMPANY, et al.,<br><br>                            Defendants. | CASE NO. 08 CV 0525 JM (RBB)<br><br>**SCHEDULING ORDER** |

    On the court's own motion, the court hereby vacates the May 30, 2008 hearing date for Defendant's motion to dismiss. The hearing is rescheduled for *June 6, 2008, at 1:30 p.m.* in Courtroom 16.

    **IT IS SO ORDERED.**

**DATED: May 27, 2008**

                                                           **Hon. Jeffrey T. Miller**
                                                            **United States District Judge**

cc:      All parties