## UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 12, 2008

Clerk, U.S. District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Re: Val Popescu v. 4Access Communications Company, et al., Case No. 3:08–cv–00525–JM–RBB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ T. Lee, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_____
AND ASSIGNED CASE NUMBER_____

CLERK, U.S. DISTRICT COURT

By:_____, Deputy