

| | |
|---|---|
| **usdc_ecf_ilnd@ilnd.uscourts.gov** | To  InterdistrictTransfer_CASD@casd.uscourts.gov |
| 06/12/2008 03:05 PM | cc |
| | bcc |
| | Subject  Transferred case has been opened |

CASE: 3:08-cv-00525

DETAILS: Case transferred from California Southern
has been opened in Northern District of Illinois - <font color=red>CM/ECF LIVE, Ver 3.2.1</font>
as case 1:08-cv-03406, filed 06/12/2008.